IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MILTON BURRELL, etc.,

    Plaintiffs,

v.                                CASE NO. 5:18cv146-RH/GRJ

WAFFLE HOUSE, INC.

    Defendant.

_____/

## ORDER CLOSING THE FILE

The plaintiff has filed a notice of voluntary dismissal without prejudice. ECF No. 5. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk must close the file.

SO ORDERED on July 19, 2018.

                          s/Robert L. Hinkle
                          United States District Judge